### DANA v. ROBERTS.

A juryman may not converse with any person not of the jury, upon the merits of a cause under consideration. A juryman whose conduct is impeached by a motion in arrest may not be a witness.

VERDICT for the plaintiff. Motion in arrest of judgment, that one of said jurors while they had the cause under consideration, related to a Mr. Merrils, the full state of the case, and of the evidence on both sides; the facts being proved, the court set aside the verdict.

By the COURT. The principal guard upon jurors in this state, is, their oath and their virtue — if they are suffered to enter into conversation with people respecting the causes they have under consideration, the purity of trials by jury, the great barrier of liberty and justice will be corrupted; it ought therefore to be guarded with the most vigilant attention. The juror, was not admitted to testify upon the motion, either to criminate or exculpate himself. 1 Durn. 11; 1 Str. 642.